UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JOE HENRY BANDY III,

Petitioner,

v.

LOU STENDER,

Respondent.

Civil No. 00-2779 (JRT/SRN)

ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being confined by the State of Minnesota in violation of his rights under the United States Constitution.

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause and propriety of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

as any other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

Also before the Court at this time is Petitioner's application for leave to proceed in forma pauperis, ("IFP"). Based on the representations made in the IFP application, the Court finds that Petitioner is eligible to proceed IFP in this matter. Petitioner's IFP application, (Docket No. 3), is therefore GRANTED.

Dated: January 4, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge