UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joe Henry Bandy III,

Petitioner,

v.

Lou Stender,

Respondent.

CIVIL FILE NO. 00-2779 JRT/SRN

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: January 4, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

Filed JAN 04 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________