**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JOE HENRY BANDY III,**

**Petitioner,**

**v.**

**LOUIS STENDER,**

**Respondent.**

**Civil No. 00-2779 JRT/SRN**

**ORDER**

---

Respondent has moved for an extension of time to file a response to the application for writ of habeas corpus. Based upon the motion and affidavit, and upon the files and records in this matter:

IT IS HEREBY ORDERED:

That respondent's motion for an extension of time to respond until February 23, 2001, is granted.

BY THE COURT:

Dated: January 16, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________