**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOE HENRY BANDY III,

Petitioner,

v.

LOUIS STENDER,

Respondent.

Civil No. 00-2779 (JRT/SRN)

**ORDER**

---

Joe Henry Bandy III, #125257, Minnesota Correctional Facility—Willow River/Moose Lake, 1000 Lake Shore Drive, Moose Lake, Minnesota, 55767-9449, *pro se*.

Michael K. Walz, Assistant Hennepin County Attorney, OFFICE OF THE HENNEPIN COUNTY ATTORNEY, C-2000 Government Center, 300 South Sixth Street South, Minneapolis, MN, 55487, for respondent.

This matter is before the Court on a motion for issuance of a certificate of appealability. In an Order adopting the Report and Recommendation of Magistrate Judge dated January 30, 2002, the Court concluded that "petitioner has not made a 'substantial showing of the denial of a constitutional right,' 28 U.S.C. § 2253(c)(2), as is required under the appeal statute for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A)." Therefore, the Court summarily denies the motion for issuance of a certificate of appealability.

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____________
DEPUTY CLERK ____________

Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion for issuance of certificate of appealability [Docket No. 17] is **DENIED**.

DATED: April 24, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge